Joseph A. Creitz, Cal Bar No. 169552
joe@creitzserebin.com
Lisa S. Serebin, Cal Bar No. 146312
lisa@creitzserebin.com
CREITZ & SEREBIN LLP
100 Pine Street, Suite 1250
San Francisco, CA 94111
415.466.3090 (tel)
415.513.4475 (fax)

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN NUNES, in his capacity as Trustee and Fiduciary of the UFCW & EMPLOYERS BENEFIT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>JACQUES LOVEALL, JOE AMBROSI, JOHN HEISE, and KIRK VOGT, in their capacities as Trustees and Fiduciaries of the UFCW & EMPLOYERS BENEFIT TRUST; RICK SILVA, in his capacity as Administrator and Fiduciary of the UFCW & EMPLOYERS BENEFIT TRUST; and the UFCW & EMPLOYERS BENEFIT TRUST an ERISA-regulated Taft-Hartley employee benefit trust<br><br>Defendants. | Case No.:  20-cv-2839-KAW<br><br>NOTICE OF VOLUNTARY DISMISSAL<br>*WITHOUT PREJUDICE* |

*Nunes v. Loveall, et al,.*
VOLUNTARY DISMISSAL *WITHOUT PREJUDICE*

1

1  NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil
2  Procedure 41(a), plaintiff voluntarily dismisses the above-captioned action
3  *without prejudice*.
4  DATED this 26th day of April 2020.

CREITZ & SEREBIN LLP

By  /s/ Joseph A. Creitz
Joseph A. Creitz
Attorneys for Plaintiff



Dated: April 27, 2020

*Nunes v. Loveall, et al,.*
VOLUNTARY DISMISSAL *WITHOUT PREJUDICE*